# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

WALTER B. FARVER, JR.                                                                    PLAINTIFF
ADC #111328

V.                              NO: 4:07CV00025 SWW

JAMES ROBINSON *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of February, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE